```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

LINDA SHAFFER,

                     Plaintiff,
v.                                    Case No. 8:18-cv-1382-T-33CPT

THE BANK OF NEW YORK MELLON
F/K/A THE BANK OF NEW YORK,
AS TRUSTEE FOR THE CERTIFICATE
HOLDERS OF CWALT, INC.,
ALTERNATIVE LOAN TRUST 2006-
OA16, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-OA16;
THE CERTIFICATE HOLDERS OF
CWALT, INC., ALTERNATIVE LOAN
PASS-THROUGH CERTIFICATES,
SERIES 2006-0A-16; and THE
CIRCUIT COURT OF THE TWELFTH
JUDICIAL CIRCUIT OF FLORIDA IN
AND FOR MANATEE COUNTY,

                     Defendants.
_____/
```

## **ORDER**

This matter is before the Court on consideration of the Report and Recommendation of Christopher P. Tuite, United States Magistrate Judge (Doc. # 17), filed on October 4, 2018. Judge Tuite recommends Plaintiff Linda Shaffer's Motion for Preliminary Injunction be denied. No objections have been filed, and the time for the submission of objections has expired.

1

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 17) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff Linda Shaffer's Motion for Preliminary Injunction (Doc. # 2) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of October, 2018.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE